UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| GLENDA HUFFSTETLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 5:18-03023-RBH- |
| Andrew M. Saul, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) ) |

## ORDER

Upon consideration of Defendant's Motion to Remand, it is hereby ORDERED that Defendant's Motion to Remand is granted and this case is remanded to Defendant for further administrative proceedings. Upon remand, the Appeals Council will further evaluate Plaintiff's claim and/or direct an Administrative Law Judge to further evaluate Plaintiff's claim.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g). This is a final Order. This case is hereby closed on the Court's docket.

June 26, 2019
Florence, South Carolina

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge